# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

     v.

VICTOR VILLA-BUENO

)
)  1:13-CR-154- AWI-BAM
)
)
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum                 ( ) Ad Testificandum.
Name of Detainee:    VICTOR VILLA-BUENO
Detained at (custodian):   WASCO STATE PRISON

Detainee is:   a.)    (X) charged in this district by:
                 (X) Indictment         ( ) Information         ( ) Complaint
                 Charging Detainee With:    **8 U.S.C. § 1326(a) and (b)(2) Deported Alien**
                                               **Found in the United States**

    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (X) return to the custody of detaining facility upon termination of proceedings
     or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                 currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                         Signature:/s/Ian P. Whitney
                         Printed Name & Phone No: Ian P. Whitney/ 559-497-4000
                         Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum         ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to
the above-named custodian.

    7/15/2013                                /s/ Barbara A. McAuliffe
Date                                      United States District/Magistrate Judge
Please provide the following, if known:

AKA(s) (if applicable):    VICTOR VILLA-BUENO              Male X    Female

Booking or CDC #:    AP6818                       DOB:
                        Release Date: UNKNOWN        Race:
Facility Address:

                                              FBI #:    461933WA9

Facility Phone:
Currently Incarcerated For:

### RETURN OF SERVICE

Executed on _____ by _____             _____
                                                (Signature)